**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
JOSE GARZON, et al.,                                    :
                                                        :
                    Plaintiffs,                         :          24-CV-7316 (DEH) (OTW)
                                                        :
                    -against-                           :          **ORDER**
                                                        :
DAVID C. BANKS, et al.,                                 :
                                                        :
                    Defendants.                         :
                                                        :
-------------------------------------------------------------x

     **ONA T. WANG**, **United States Magistrate Judge**:

     The Court held an initial case management conference on this case on January 28, 2025.

As **ORDERED** at the conference:

    1.  The Court will hold a Pre-Settlement Conference Call on **Wednesday, March 5,**

        **2025, at 10:30 a.m.** Counsel are directed to call Chambers at (212) 805-0260

        when counsel for all parties are on the same line.

    2.  The parties are directed to file a joint status letter on **March 28, 2025,** and on

        the last business Friday of each month thereafter, apprising the Court of the

        status of this case as well as the pending appeal of the IHO decision for the 2024-

        25 school year.

     **SO ORDERED.**

                                     _s/ Ona T. Wang_

Dated: January 28, 2025                                 **Ona T. Wang**
      New York, New York                              United States Magistrate Judge