UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE GARZON, *individually,* JOSE GARZON, *as parent and natural guardian of M.G.,* MARIA NAVARRO-CARILLO, *individually,* and MARIA NAVARRO-CARILLO, *as parent and natural guardian of M.G.*,

       Plaintiffs,

   v.

NEW YORK CITY DEPARTMENT OF EDUCATION and MELISSA AVILES-RAMOS, *in her official capacity as Chancellor of the New York City Department of Education*,

       Defendants.

24-CV-7316 (JAV) (OTW)

**NOTICE OF REASSIGNMENT**

JEANNETTE A. VARGAS, United States District Judge:

  This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-jeannette-vargas. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Nothing herein shall affect the scope of the existing reference to the Magistrate Judge. Any conference or oral argument before or directed by the Magistrate Judge will proceed as ordered.

Dated: February 5, 2025
   New York, New York

                   _____
                   JEANNETTE A. VARGAS
                   United States District Judge