**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
JOSE GARZON, et al.,                                       :
                                                           :
                Plaintiffs,                     :    24-CV-7316 (JAV) (OTW)
                                                           :
                -against-                       :    **ORDER**
                                                           :
DAVID C. BANKS, et al.,                                    :
                                                           :
                Defendants.                     :
                                                           :
                                                           :
------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of the parties' May joint status letter. (ECF 30).

The parties are directed to meet and confer regarding whether this case should be dismissed as moot or withdrawn. If the parties cannot agree, Defendants' motion to dismiss, if any, is due by **June 27, 2025.** Plaintiff's opposition, if any, is due by **July 11, 2025.** Defendant's reply, if any, is due by **July 18, 2025.**

    SO ORDERED.

                                                      *s/ Ona T. Wang*
Dated: June 4, 2025                                **Ona T. Wang**
      New York, New York                United States Magistrate Judge